AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

CCTV OUTLET, CORP.

*Plaintiff(s)*

v.

DESERT SECURITY SYSTEMS L.L.C., and SETH DAVIDSON

*Defendant(s)*

Civil Action No. 0:17-cv-60928-JIC

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* SETH DAVIDSON
15527 N 172ND DR
SURPRISE, AZ 85388

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Cullin O'Brien
Cullin O'Brien Law, P.A.
6541 NE 21st Way
Ft. Lauderdale, FL 33308
561-676-6370/ 561-320-0285(fax)
cullin@cullinobrienlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/10/2017

Steven M. Larimore
Clerk of Court

SUMMONS

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| CCTV OUTLET, CORP.<br>*Plaintiff(s)*<br>v.<br>DESERT SECURITY SYSTEMS L.L.C., and SETH DAVIDSON<br>*Defendant(s)* | ) | Civil Action No. 0:17-cv-60928-JIC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* DESERT SECURITY SYSTEMS L.L.C.
C/o Registered Agent: Seth Davidson
15527 N 172ND DR
SURPRISE, AZ 85388

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Cullin O'Brien
Cullin O'Brien Law, P.A.
6541 NE 21st Way
Ft. Lauderdale, FL 33308
561-676-6370/ 561-320-0285(fax)
cullin@cullinobrienlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/10/2017

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts